IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| JASON LYLES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:13-cv-135 ) JUDGE HAYNES |
| ENOCH GEORGE, MAURY COUNTY MEDICAL CENTER, | ) ) ) |
| Defendants. | ) |

*Granted. For the reasons set forth in this motion, this motion to [illegible] is granted.*

*[signature]*
*12-13-13*

## DEFENDANT ENOCH GEORGE'S MOTION FOR STAY

Comes Defendant Enoch George, and moves the Court for entry of an Order staying the above-styled case consistent with the Court's Order entered in *Germontric Driver v. Enoch George, et al.*, Docket No. 1:12-cv-0054 (D.E. No. 29) in which the Court stayed numerous pro se inmate cases alleging issues with the conditions of confinement at the Maury County Jail. The claims in this action contain claims common to claims filed by Plaintiff Driver and five others in which the Plaintiffs are represented by counsel. The other five cases are as follows: *Daniel Adam Jones v. Maury County Hospital, et al.*, Docket No. 1:12-cv-88, *Larry McGuire v. Enoch George, et al.*, Docket No. 1:12-cv-82, *Justin Mack McKennon, et al. v. Enoch George, et al.*, Docket No. 1:12-cv-95, *Cyon Sept v. Enoch George, et al.*, Docket No. 1:12-cv-85, *James Andrew Wall v. Enoch George et al.*, 1:12-cv-118.

Defendant Enoch George respectfully requests that the Court should stay this case in the interest of judicial efficiency, along with numerous other *pro se* actions