UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| JASON LYLES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 1-13-00135 |
| v. | ) Senior Judge Haynes |
| | ) |
| ENOCH GEORGE, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 81) on the motion to dismiss filed by Defendant Enoch George (Docket Entry No. 51). The Report and Recommendation recommends that Defendant's motion to dismiss be granted as to Defendant George in his individual capacity and as to all of Plaintiff's Section 1983 claims except those based upon allegations of inadequate medical care and unsanitary living conditions at the Maury County Jail. No party has filed an objection.

After de novo review, the Report and Recommendation is **ADOPTED**. Defendant's motion to dismiss (Docket Entry No. 51) is **GRANTED** as to Defendant George in his individual capacity and as to all of Plaintiff's Section 1983 claims except those based upon allegations of inadequate medical care and unsanitary living conditions at the Maury County Jail, but is **DENIED** in all other respects. Defendant Enoch George is dismissed from this action in his individual capacity.

It is so **ORDERED**.

ENTERED this the 17th day of February, 2016.

WILLIAM J. HAYNES, JR.
Senior United States District Judge