UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| JASON LYLES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:13-00135 ) Senior Judge Haynes |
| ENOCH GEORGE, et al., | ) ) ) |
| Defendants. | ) |

# ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 99), recommending to grant Defendant Maury Regional Medical Center's motion for summary judgment (Docket Entry No. 88) and Defendant Enoch George's motion for summary judgment (Docket Entry No. 91). Plaintiff has not filed an objection.

After de novo review, the Report and Recommendation is **ADOPTED,** and Defendants' motions for summary judgment (Docket Entry Nos. 88 and 91) are **GRANTED.** Defendant George's motion to dismiss for failure to prosecute (Docket Entry No. 97) is **DENIED as moot.** This action is **DISMISSED with prejudice.** Any appeal of this Order would not be in good faith as required by 28 U.S.C. § 1915(a)(3).

This is the Final Order in this action.

It is so **ORDERED.**

ENTERED this the 3rd day of January, 2017.

WILLIAM J. HAYNES, JR.
Senior United States District Judge